**No. 49582.**—Protest 107976–K of R. Neumann & Co. (New York).

Opinion by WALKER, J.   It was stipulated that the hides are similar to those involved in *Rice* v. *United States* (11 Cust. Ct. 118, C. D. 807).   The claim was therefore sustained.

**No. 49583.**—Protest 105233–K of H. S. Cramer & Co., Inc. (New York).

Opinion by WALKER, J.   It was stipulated that the hides in question are similar to those involved in *Rice* v. *United States* (11 Cust. Ct. 118 C. D. 807) and that the record in said case be incorporated herein.   In accordance therewith the hides entered for consumption or withdrawn from warehouse for consumption on or after the effective date of said trade agreement were held dutiable at 5 percent under paragraph 1530 (a) and said trade agreement.